1  John W. Carpenter, Esq. (Bar No. 221708)
2  Technology Licensing Company Inc.
   33 ½ Los Pinos
3  Nicasio, CA 94946
4  Telephone: (415) 577-0698
   Facsimile: (866) 410-6248
5  Email: john@jwcarpenterlaw.com
6
   *Attorney for Plaintiff*
7  *Technology Licensing Company Inc.*



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| **Technology Licensing Company, Inc.,** | Case No.: CV 11-03861  MEJ |
|---|---|
| Plaintiff | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| **Naxa Electronics, Inc.** | Magistrate Judge:  Maria-Elena James |
| Defendant | |

Notice of Voluntary Dismissal:   CV  11 – 03861  MEJ

Pursuant to a confidential settlement agreement and release, Plaintiff TECHNOLOGY LICENSING COMPANY, INC. ("TLC"), through its counsel of record, the above-captioned action, including all claims, is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).  Each party shall bear its own fees and costs.  Accordingly, the Clerk of Court is respectfully requested to close this case.

Dated: October 3, 2011

TECHNOLOGY LICENSING COMPANY, INC.

By: /s/ John Wade Carpenter

Attorney for Plaintiff

TECHNOLOGY LICENSING COMPANY, INC.

Notice of Voluntary Dismissal:  CV 11 – 03861  MEJ